THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE OTTO WILL, Alias T. OTTO WILL, Alias OTTO WELLS, Appellant.— Defendant appeals from a judgment of the County Court, Queens County, convicting him of the crimes of violating section 1292-a of the Penal Law (issuing fraudulent check), and grand larceny, second degree. Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

SCARSDALE NATIONAL BANK AND TRUST COMPANY, as Trustee, Respondent, v. CAROLINE E. CRANE and Others, Appellants, and Others, Defendants.— In an action to foreclose a mortgage on real property, certain defendants appeal from an order denying their motion to dismiss the complaint, made pursuant to Civil Practice Rule 106, subdivisions 3 and 5, and Civil Practice Rule 107, subdivisions 3 and 7. Order affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

GEORGE SHAW, Appellant, v. ROOVERS BROS., INC., and JOSEPH M. LOTSCH, Respondents.— Action to enforce agreements of corporate defendant to repurchase shares of its preferred stock. Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

(February 18, 1942.)

In the Matter of the Application of RUSSELL C. JEWELL for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of HAROLD F. NONEMAN for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

(February 24, 1942.)

JOHN B. BRADY and SAMUEL J. PALMER, Copartners, Doing Business as BRADY PALMER PRINTING CO., Respondents, v. STATE TAX COMMISSION OF THE STATE OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

CAROLINE E. CRANE and Others, Appellants, v. SCARSDALE NATIONAL BANK AND TRUST COMPANY, as Trustee, and Others, Respondents, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.